```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  JOSH F. SIGAL
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, CA  95814
 5  (916) 554-2700
```



FILED

MAR 1 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0073 GEB |
| Plaintiff, | VIOLATIONS: 26 U.S.C. § 5861(e) – Transfer of a Firearm in Violation of the National Firearms Act; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| JOHN GREER, and JULIUS WHITE, | |
| Defendants. | |

I N D I C T M E N T

The Grand Jury charges: THAT

JOHN GREER, and
JULIUS WHITE,

defendants herein, on or about October 13, 2011, in Sacramento County, State and Eastern District of California, did knowingly and unlawfully transfer a firearm as defined in Title 26, United States Code Section 5845(a), to wit: a sawed-off Winchester Model 1400 16-gauge shotgun, serial number N462421, without complying with transfer

1

requirements contained in Title 26, United States Code, Section 5812(a), in violation of in violation of Title 26, United States Code, Sections 5861(e), 5812(a) and 5871 and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION:   [18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c) Criminal Forfeiture]

Upon conviction of the offense alleged in this Indictment, defendants JOHN GREER and JULIUS WHITE shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the knowing or willful commission of the offense.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

2

No. 2:14-CR-0073 GEB

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

JOHN GREER, and
JULIUS WHITE

## INDICTMENT

**VIOLATION(S):** 26 U.S.C. § 5861(e) – Transfer of a Firearm in Violation of the National Firearms Act
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA
--------------------------------
*Foreman.*

*Filed in open court this* 13th *day of* March, *A.D. 20* 14

_____
*Clerk.*

**WARRANT: NO BAIL PENDING HEARING** – Both Defendants
*Bail, $* _____

Dale A. Drozd

GPO 863 525

## SEALED PENALTY SLIP

**DEFENDANTS:**     **JOHN GREER, and**
                    **JULIUS WHITE**

### COUNT 1

**VIOLATION:**      26 U.S.C. § 5861(e) – Transfer of a Firearm in Violation of the National Firearms Act

**PENALTY:**        Not more than 10 years imprisonment,
                    $10,000 fine or both,
                    3 year term of supervised release

### FORFEITURE ALLEGATION

**VIOLATION:**      18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

**PENALTY:**        As Indicated in the Indictment

**PENALTY ASSESSMENT:**   $100.00 assessment