BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN GREER,<br><br>        Defendant. | CASE NO. 2:14-CR-0073 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1.  This matter was set for status on August 8, 2014, following the Court's denial of the defendant's request for new counsel.

2.  By this stipulation, defendant John Greer, by and through his undersigned counsel, now moves to continue the status conference until October 3, 2014, at 9:30 a.m., and to exclude time between August 8, 2014 and October 3, 2014, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately 21 pages of documents and photographs, including investigative reports. All of this discovery has been produced directly to counsel.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

b) Additionally, the defendant has been provided a plea agreement. Counsel will need additional time to review the agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial.

c) Counsel for defendant desires additional time consult with his client, conduct investigation and research, review discovery, and to discuss potential resolutions with his client.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The United States does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 8, 2014 to October 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

| | | |
|---|---|---|
| Dated: August 5, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Josh Franklin Sigal*<br>JOSH F. SIGAL<br>Special Assistant United States Attorney |
| Dated: August 5, 2014 | | */s/ Josh Franklin Sigal for*<br>MICHAEL BIGELOW<br>Counsel for Defendant<br>John Greer |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28