# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### Before the Honorable Garland E. Burrell

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL MINUTES** |
| | Case No.:        2:14cr73 |
| v. | Date of Hearing:                November 7, 2014 |
| | Deputy Clerk:  Shani Furstenau |
| **JOHN GREER** | Court Reporter/ECRO: Kelly O'Halloran |
| _____/ | |

**For the Government**:

  Josh Sigal,

  Assistant United States Attorney

**For the Defendant(s)**:

  Michael Bigelow,

  [] Assistant Federal Defender

  [] Appointed    [] Retained

**Interpreter Previously Sworn**:


**Defendant**:

[x] Present    [x] In Custody        [] Not in Custody      [] O/R      [] Bail    [] No Appearance          [] Waived          []
Failed to
Appear

---

**JUDGMENT AND SENTENCING to Count(s) 1 of the   Indictment Plea entered August 15, 2014.**

imprisonment:       46 months

surrender date:      __

term of supervised release:       36 months

recommendation:     500 hour drug treatment program.        deft fined:  __        [x] fine waived.
Colorado or AZ Institution. Vocational Training

restitution:      __                                                    payable to:  __

special assessment:       100                                     bail exonerated:      __

right to appeal given:      No                                   [x] appeal rights waived.

Special Conditions:      See J & C Order

**Other:**            __

---

Proceeding Time:    10 minutes